**DISMISS and Opinion Filed September 29, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00830-CV**

**JELLICO COMMUNITY HOSPITAL, INC. D/B/A**
**JELLICO COMMUNITY HOSPITAL HEALTH, LLC AND**
**COMMUNITY HOSPITAL CORPORATION, Appellants**
**V.**
**EMERGENCY STAFFING SOLUTIONS, INC., Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-00582-2019**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Before the Court is the parties' joint motion to dismiss the appeal. The parties inform the Court that they have agreed to settle their dispute. Accordingly, we grant the motion and dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(2).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

200830F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JELLICO COMMUNITY HOSPITAL, INC. D/B/A JELLICO COMMUNITY HOSPITAL HEALTH, LLC AND COMMUNITY HOSPITAL CORPORATION, Appellants

No. 05-20-00830-CV       V.

EMERGENCY STAFFING SOLUTIONS, INC., Appellee

On Appeal from the 219th Judicial District Court, Collin County, Texas Trial Court Cause No. 219-00582-2019.
Opinion delivered by Chief Justice Burns. Justices Whitehill and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered September 29, 2020